LYDIA A. SYKES, Administratrix, etc., Respondent, *v.* THE DELAWARE, LACKAWANNA and WESTERN RAILROAD COMPANY, Appellant.

(Argued January 26, 1882 ; decided February 7, 1882.)

*C. T. Richardson* for appellant.

*J. A. & L. B. Hathway* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.